**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

-----------------------------------------------------------------X

TECO GUATEMALA HOLDINGS, LLC,    :

    :

    Petitioner,    :    Civil Action No. 17-00102 (RDM)

    :

    - against -    :

    :

REPUBLIC OF GUATEMALA,    :

    :

    Respondent.

-----------------------------------------------------------------X

## REPUBLIC OF GUATEMALA'S MOTION TO
## EXTEND THE STATUS REPORT DEADLINE

Respondent the Republic of Guatemala (the "Republic") by and through undersigned counsel submits this motion to extend the deadline from April 14, 2020 to June 15, 2020 for the status report as ordered by this Court [Dkt #61] (the "Motion"). As described below, this Motion is necessitated because the fallout from COVID-19 has made the necessary consultations between the Republic and its counsel in this case practically impossible, in addition of course to the diversion of attention by the Republic's officials to more pressing health and other existential matters. Although we explained this issue to Petitioner and requested its consent to this motion, as required by DC Local Rule 7(m), and as otherwise would have done out of cooperation, the Petitioner refused to consent to the extension of the deadline.

Counsel for the Petitioner sent a demand letter with payment information on March 9, 2020, three days after the Court's order referenced above [Dkt. #61]. Not to rehash old arguments, but necessary to discuss, this was the first time since this proceeding began that the Petitioner sent such information to counsel for the Republic. As additional background information, the Republic's appellate brief was due on March 16, 2020, just a few days after the Petitioner sent its

demand letter. Because of the deadline for the appellate brief, counsel for the Republic made plans to travel to Guatemala on March 17, 2020 to discuss the demand letter and related issues. This meeting was to meet the key officials from the relevant ministries and the attorney general's office.

As the Court is well aware, the world as we know it changed the days following March 9, 2020. With relevance to this case, on March 16, 2020, the day that counsel was filing the Republic's appellate brief, Guatemala suspended all flights into and out of Guatemala, making travel to Guatemala impossible.[1] In addition, much like the US and many other nations, almost all government officials in Guatemala have been given leave or are working remotely. Unlike the U.S., however, the infrastructure and connectivity with regard to communications in Guatemala make it virtually impossible for counsel for the Republic in this case to consult with the key officials in Guatemala needed to discuss this matter and the demand letter.

Some points of context are helpful here. Unlike a corporation, where the CEO or COO would order such a payment and decide on the course of action, the Republic has multiple ministries, as well as its attorney general, that need to be consulted with (and they need to consult together) with regard to actions in foreign courts such as this. In addition, this is not a typical situation for the Republic in any way, creating the need to have discussions with multiple persons and, consequently, making in-person meetings with the key decision makers highly preferable. Lastly, on the context point, the attention of these key decision makers are focused on extraordinary and unprecedented health, safety, and economic matters. Governments, like the Republic, can do multiple things at once. But here, the key decision makers for this matter are the same ones who are addressing these other pressing matters, which adds to the difficulty in having

---

[1] *See* "UPDATE 1-Guatemala suspends flights in growing Central America coronavirus lockdown," Sofia Menchu and Gustavo Palencia, Reuters, March 16, 2020, found at https://www.reuters.com/article/health-coronavirus-central-america/update-1-guatemala-suspends-flights-in-growing-central-america-coronavirus-lockdown-idUSL1N2B94Y0 (last visited on April 2, 2020).

consultions between the Republic and its counsel.  In sum, it has not been possible to consult with

the Republic with respect to the demand letter and the issues relevant for the joint status report.

None of the above is based on the other unprecedented difficulties that COVID-19 has

created, such as the worldwide economic crisis or even the suspension of many court proceedings

in the US and elsewhere. Quite frankly, as this crisis continues to grow and evolve, the fact that

Teco Guatemala Holdings refused to consent to an extension of the deadline for the status report

or even to propose a shorter extension is telling. But, here, all we are asking for is to allow the

Republic to have the opportunity to have proper consultations with its counsel about the demand

letter sent to the Republic days before this crisis changed the world.

In conclusion, the Republic requests that the Court extend the date for the filing of a joint

status report from April 14, 2020 to June 15, 2020.

Respectfully submitted this 2nd day of April 2020:

By:   /s/ Edward Baldwin
**STEPTOE & JOHNSON LLP**
Edward Baldwin (DC Bar #973850)
1330 Connecticut Avenue, NW
Washington, D.C. 20036
Tel: (202) 429-6203
ebaldwin@steptoe.com
*Counsel for Respondent*
*Republic of Guatemala*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
-------------------------------------------------------------X
```

TECO GUATEMALA HOLDINGS, LLC,          :
                                                                 :
                    Petitioner,                              :
                                                                 :          Civil Action No. 17-00102 (RDM)
          - against -                                        :
                                                                 :
                                                                 :
REPUBLIC OF GUATEMALA,                      :
                                                                 :
                    Respondent.                            :
```
-------------------------------------------------------------X
```

**[PROPOSED] ORDER**

Upon consideration of the Republic of Guatemala's Motion to Extend The Status Report

Deadline, and any response or reply thereto, it is on this _____ day of April 2020, hereby:

**ORDERED** that Republic of Guatemala's Motion to Extend The Status Report Deadline

be **GRANTED**, and further **ORDERED** that the parties shall file a joint status report in this matter

on or before June 15, 2020 notifying the Court whether there is any reason that the Court should

refrain from ordering that attachment or execution may proceed as contemplated by 28 U.S.C. §

1610.

_____
Hon. Randolph D. Moss
Judge, U.S. District Court for the
District of Columbia